

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2021

No. 04-21-00251-CV

Herbert Lawrence **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS**, Margaret Comparin Karambis, Ronaldo Dunagan, Lynda C. Spence, and
eXp Realty LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Because it appeared the notice of appeal was potentially untimely filed, we ordered appellant to show cause in writing by September 10, 2021, why this appeal should not be dismissed for lack of jurisdiction. Appellant responded with a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Accordingly, we deem the notice of appeal timely filed and retain the appeal on the docket of this court.

Appellant's brief remains due **on or before September 24, 2021.** Appellant's brief must comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.1, 9.4, 9.5, 9.9, 38.1. Among other requirements, appellant's brief must contain appropriate citations to authorities and must contain proper record citations to any documents referenced in the brief. *See id.* R. 34.1, 38.1(g), (i). This court will not consider any documents included in an appendix to appellant's brief that are not contained in the clerk's record. *See Blank v. State*, 172 S.W.3d 673, 675 n.1 (Tex. App.—San Antonio 2005, no pet.) (not designated for publication).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court